**DISMISS and Opinion Filed September 4, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01364-CV

### UHS OF TIMBERLAWN, INC. D/B/A
### TIMBERLAWN PSYCHIATRIC HOSPITAL, Appellant
### V.
### OPAL SMITH, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19165**

## MEMORANDUM OPINION
Before Justices Molberg, Carlyle, and Browning
Opinion by Justice Browning

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that the parties have settled their differences. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/John G. Browning/
JOHN G. BROWNING
JUSTICE

191364F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

UHS OF TIMBERLAWN, INC.
D/B/A TIMBERLAWN
PSYCHIATRIC HOSPITAL,
Appellant

No. 05-19-01364-CV        V.

OPAL SMITH, Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-19165.
Opinion delivered by Justice
Browning. Justices Molberg and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee OPAL SMITH recover her costs of this appeal from appellant UHS OF TIMBERLAWN, INC. D/B/A TIMBERLAWN PSYCHIATRIC HOSPITAL.

Judgment entered September 4, 2020